UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                   CASE NO. 05 B 28737
   LORI A SUTTON
                                         CHAPTER 13

                                         JUDGE: BRUCE W BLACK
          Debtor
   SSN XXX-XX-8137
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

  Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

  1.  The case was filed on 07/20/05 and confirmed on 09/29/05.

  2.  The case was converted to Chapter 7 after confirmation, 09/25/2007.

  3.  The Debtor paid a total of $ 13350.00 .

  4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| TOYOTA MOTOR CREDIT CORP | SECURED | 1600.00 | 57.46 | 1600.00 |
| ALLIED ANESTHESIA | UNSECURED | 66.40 | .00 | 15.59 |
| ASSOC CREDITOR | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 1080.52 | .00 | 352.09 |
| CBCS | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 888.50 | .00 | 289.53 |
| COMPASS BANK | UNSECURED | NOT FILED | .00 | .00 |
| DEVRY INC | UNSECURED | NOT FILED | .00 | .00 |
| DMCCB | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS STUDENT ASSIST | UNSECURED | 3525.54 | .00 | 1148.78 |
| GEMB/JCP | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| IMBS | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT MANAGEMENT | UNSECURED | NOT FILED | .00 | .00 |
| MEDICREDIT CORP | UNSECURED | NOT FILED | .00 | .00 |
| MITSUBISHI MOTOR CRED OF | FILED LATE | .00 | .00 | .00 |
| PEOPLES GAS | UNSECURED | .00 | .00 | .00 |
| PROVIDIAN NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 1157.93 | .00 | 377.30 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| CCP | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS STUDENT ASSIST | UNSECURED | 3553.68 | .00 | 1157.96 |
| STATE DISBURSEMENT UNIT | PRIORITY | 20208.71 | .00 | 3167.42 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 881.59 | .00 | 287.28 |
| NATIONAL CAPITAL MGMT LL | UNSECURED | 663.40 | .00 | 216.16 |
| RESURGENCE FINANCIAL | UNSECURED | 4803.46 | .00 | 1565.21 |
| ACCEPTANCE LOAN | FILED LATE | .00 | .00 | .00 |

```
      Summary of disbursements:
---------------------------------------------------------------------------
                     SECURED     PRIORITY    UNSECURED       OTHER       TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED   1600.00    20208.71     16621.02         .00    38429.73
PRINCIPAL PAID       1600.00     3167.42      5409.90         .00    10177.32
INTEREST PAID          57.46         .00          .00         .00       57.46
TOTAL PAID           1657.46     3167.42      5409.90         .00    10234.78
```

The Debtor's attorney, ZALUTSKY & PINSKI               , was allowed $   2706.25
and was paid $    106.00  direct and $   2600.25  through the plan.

The Trustee received $    514.97 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 12/20/07                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE